No. M–4. MILTON *v.* SOUTHWESTERN BELL TELEPHONE CO.;
No. M–5. MOLSON ET UX. *v.* STANDARD FEDERAL BANK;
No. M–6. MARTINEZ *v.* OFFICE OF PERSONNEL MANAGEMENT;
No. M–7. BARDSLEY *v.* POWELL, TRACHTMAN, LOGAN, CARRLE & BOWMAN ET AL.;

No. M-10. MCKAY *v.* TOYOTA MOTOR MANUFACTURING, U. S. A., INC.;

No. M-11. PEARSON *v.* JOHN HANCOCK MUTUAL LIFE INSURANCE CO.;

No. M-13. WEISS *v.* LA TERRAZA APARTMENTS;

No. M-14. BOITNOTT *v.* CASCARANO; and

No. M-15. HWA JA KIM ET AL. *v.* WILLS & VAN METRE, INC. Motions to direct the Clerk to file petitions for writs of certiorari out of time denied.